**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER RAWLINGS, on behalf of himself and others similarly situated,** | ) | Case No. 2:20-cv-02289 |
| Plaintiff, | ) | Judge Sarah D. Morrison |
| v. | ) | Magistrate Judge Kimberly A. Jolson |
| **BMW FINANCIAL SERVICES NA, LLC,** | ) | |
| Defendant. | ) | |

---

**JOINT MOTION FOR FINAL APPROVAL OF A CLASS ACTION AND COLLECTIVE ACTION SETTLEMENT**

---

Plaintiff Christopher Rawlings ("Representative Plaintiff"), on behalf of himself and the members of proposed settlement class, and BMW Financial Services NA, LLC ("Defendant"), by and through undersigned counsel, hereby jointly move this Court for entry of final judgment approving the Parties' Class Action Settlement Agreement ("Settlement") pursuant to Fed. R. Civ. P. 23.

On March 11, 2022, the Parties filed their Joint Motion for Preliminary Approval of Class and Collective Action Settlement and Certification of Rule 23 Class Action ("Joint Motion for Preliminary Approval"). (ECF No. 73) On March 15, 2022, this Court entered an Order granting provisional certification of the Rule 23 class, granting preliminary approval of the Settlement, and authorizing notice to the provisionally certified class members. (ECF No. 74) On April 12, 2022, the Claims Administrator commenced the issuance of Notice in accordance with the terms of the Settlement and the Court's Order preliminarily approving the Settlement. (*See* Declaration of Jeff

Mitchell (hereinafter "Claims Administrator Decl."), attached hereto as **Exhibit 1**, ¶¶ 5–16.) The Claims Administrator also hosted a web page featuring links to the Class Action Settlement Agreement and Release as well as the Notice. (*Id*.) The Court-approved Notice was sent to 1,283 members of the provisionally certified class[1] and it permitted up to 60 days in which to request exclusion from the Settlement, or to object to the Settlement. (*Id*.) The deadline to opt out of the Settlement was June 11, 2022. (*Id*.)

The notice process has been completed pursuant to the Parties' Settlement as approved by the Court's Order. (*Id*.) Out of the 1,283 provisionally certified class members, only five requested to be excluded. (*Id*., ¶ 15, n. 1). Two of the five provisionally certified class members who requested exclusion had no computed damages and would have otherwise received a minimum payment. The payments to all five excluded provisionally certified class members would have totaled $425.25. Importantly, no class members objected to the Settlement. (*Id*., ¶ 16)

As explained in the Joint Motion for Preliminary Approval, the Settlement resolves bona fide disputes involving violations of the Fair Labor Standards Act and Ohio's wage and hour laws. (ECF No. 73) The Settlement distributions are fair, reasonable, and adequate. (*Id.* at PageID # 538-45). This is underscored by the fact that no objections to the Settlement were raised during the notice process.

Therefore, the Parties respectfully request that this Court enter an Order granting final

---

[1] The Parties' Joint Motion for Preliminary Approval referred to a class size of 1,293 associates. (ECF No. 74 at PageID # 524). Upon review of data compiled from three different employer files, the Claims Administrator identified several duplicate class members. The ultimate class is comprised of 1,283 members. *See* Ex. 1, Claims Administrator Decl., ¶¶ 8-9.

certification of the class and collective action, and final approval of the Settlement.[2] The Parties further request that the fairness hearing be held telephonically since there are no objections to their Settlement.

Respectfully submitted,

/s/*Matthew J.P. Coffman*
Matthew J.P. Coffman (0085586)
**COFFMAN LEGAL, LLC**
1550 Old Henderson Road
Suite W-126
Columbus, Ohio 43220
Ph: 614-949-1181
Fax: 614-386-9964
Email: mcoffman@mcoffmanlegal.com

/s/*Daniel I. Bryant*
Daniel I. Bryant (0090859)
**BRYANT LEGAL, LLC**
1550 Old Henderson Road
Suite W-126
Columbus, Ohio 43220
Direct: (614) 704-0546
Fax: (614) 573-9826
Email: dbryant@bryantlegalllc.com

*Class Counsel for Named Plaintiff and those similarly situated*

s/ *Ann E. Knuth*
Steven E. Seasly (0070536)
Ann E. Knuth (0061566)
**HAHN LOESER & PARKS LLP**
200 Public Sq., Ste. 2800
Cleveland, Ohio 44114
Phone: (216) 621-0150
Fax: (216) 241-2824
Email: sseasly@hahnlaw.com
aknuth@hahnlaw.com

Marc J. Kessler, Trial Attorney (0059236)
**HAHN LOESER & PARKS LLP**
65 E. State St., Ste. 1400
Columbus, Ohio 43215
Phone: (614) 233-5168
Fax: (614) 221-5909
Email: mkessler@hahnlaw.com

*Attorneys for Defendant BMW Financial Services NA, LLC*

[2] The Parties intend to submit a proposed Order on or before July 20, 2022 – 7 days prior to the fairness hearing.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2022, a true and accurate copy of the foregoing was electronically filed with the United States District Court for the Southern District of Ohio through the Court's CM/ECF system, and that such system will send electronic notice of the filing to all counsel of record.

/s/*Daniel I. Bryant*
Daniel I. Bryant (0090859)

*Class Counsel for Named Plaintiff and those similarly situated*